UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Howard S. Morris, Jack Jacovelli,
and Bruce Johnson,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

General Motors Corporation and
OnStar Corporation,

    Defendants.
_____/

Case No. 2:07-CV-11830

Honorable Sean F. Cox

CLASS ACTION

## CASE MANAGEMENT ORDER NO. 1

Whereas, the following related class actions have been filed in this district on behalf of a putative class of persons and entities who purchased vehicles with the OnStar telematics system from Defendant General Motors Corporation ("GM"):

| Date Filed: | Caption and Case No.: |
|---|---|
| 4/26/07 | *Morris et al. v. GM*, Case No. 07-11830 |
| 5/9/07 | *Weaver v. GM and OnStar*, Case No. 07-12036 |
| 6/4/07 | *Maurer v. GM*, Case No. 07-12386 |

Whereas, in order to promote judicial economy and avoid duplication, the Court finds that it would be appropriate to provide procedures for coordination of the Consolidated Action and for an organization of plaintiffs' counsel to coordinate the efforts of counsel in these actions;

The Court **ORDERS** as follows:

Consolidation:

1) Case No. 07-12036 and Case No. 07-12386 shall be consolidated with Case No. 07-11830 for all purposes, including trial.  Case No. 07-12036 and Case No. 07-12386 shall thereafter be closed for administrative purposes.

2) All subsequent papers filed after this date shall be filed electronically[1] and shall bear the following caption:

> IN RE GENERAL MOTORS ONSTAR LITIGATION                Lead Case No. 07-CV-11830
>
> THIS DOCUMENT RELATES TO:

Consolidated Master Complaint & Rule 26 Conference:

3) Pursuant to the stipulation of the parties, Plaintiffs shall file a Consolidated Master Complaint within thirty (30) days of this Order and Defendants shall file a responsive pleading within thirty (30) days of service of the Consolidated Master Complaint.

4) The parties shall conduct the Rule 26(f) discovery conference within ten (10) business days of the filing of the Consolidated Master Complaint.  No discovery shall be initiated, except informally, prior to the Rule 26(f) discovery conference.

5) Counsel are expected to familiarize themselves with the *Manual for Complex Litigation, Fourth* and be prepared at the conference to discuss procedures that may facilitate the efficient resolution of this litigation.

**IT IS SO ORDERED**.

---

[1] *See* E.D. Mich. Local Rule 5.1.1.

        S/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: July 16, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2007, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager